```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 17472
    FRANK O SMALL
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7502

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/04/2004 and was confirmed 06/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            9000.00         1743.74       9000.00
AMERICREDIT FINANCIAL SV  UNSECURED          1895.43             .00       1895.43
COUNTRYWIDE HOME LOANS ^  MORTGAGE ARRE     13240.70             .00      13240.70
COUNTRYWIDE HOME LOANS ^  CURRENT MORTG         .00             .00            .00
COUNTRYWIDE HOME LOANS ^  COST OF COLLE      150.00             .00         150.00
ECAST SETTLEMENT CORP     UNSECURED          548.27             .00         548.27
RESURGENT ACQUISITION LL  UNSECURED          584.16             .00         584.16
HOUSEHOLD TAX MASTERS     FILED LATE         533.41             .00            .00
DENNIS G KNIPP            DEBTOR ATTY       1,200.00                       1,200.00
TOM VAUGHN                TRUSTEE                                          1,718.74
DEBTOR REFUND             REFUND                                              92.02

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              30,173.06

PRIORITY                                           .00
SECURED                                      22,390.70
    INTEREST                                  1,743.74
UNSECURED                                     3,027.86
ADMINISTRATIVE                                1,200.00
TRUSTEE COMPENSATION                          1,718.74
DEBTOR REFUND                                    92.02
                     --------------         --------------
TOTALS                30,173.06              30,173.06
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```